## THIRD DEPARTMENT, NOVEMBER TERM, 1887.

Martha N. Thompson, Administratrix, etc., Respondent, v. Nelson Stever, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

Matthew Hale, Survivor, etc., Respondent, v. Walter S. Church, Appellant.—Judgment affirmed, with costs. Opinion by Williams, J.; Learned, P. J., not acting.

James Whitelaw v. Ellen H. Jones.—Decree reversed with costs to appellant out of estate, issues of fact to be tried by jury, issues to be settled by Landon, J. Opinion by Williams, J.

Augusta Linderman, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. Opinion by Learned. P. J.

Mariah C. Hubbard v. Aurelius S. Thorp, Executor, etc., and others.—Judgment reversed, new trial granted. Referee discharged, costs to abide event. Opinion by Landon, J. ·

Maria G. Winne, Plaintiff, v. The Ulster County Savings Institution, Defendant. — Judgment affirmed,with costs. Opinion by Learned, P. J.

Matter of Petition of New York Central and Hudson River Railroad Company v. Patrick H. Judge.—Order affirmed with costs. Opinion by Landon, J.

Hiram D. Hurd and others, Respondents, v. Adaline S. Burch and others, Appellants.— Judgment and order reversed, referee discharged, new trial granted, costs to abide event. Opinion by Learned, P. J.

Melinda Smith, Administratrix, etc., v. New York Central and Hudson River Railroad Company.—Judgment affirmed with costs. Opinion by Williams, J.

G. Howard Jones, as Assignee, etc., Respondent, v. Smith Hay and others, Appellants.—Leav to go to the Court of Appeals denied.

Henry C. Adams v. A. S. Sullivan and others.— Motion for reargument of case denied, order modified by deducting $1,000 from the extra allowance ratably among the parties to whom awarded. Fish, J., not sitting.

Luke Phelan, Appellant, v. The New York Central and Hudson River Railroad Company, Respondents.—Judgment affirmed with costs. Opinion by Landon, J.

Henry Ortman, as Administrator, etc., Respondent, v. Henry E. Burr and others, Appellants. — Order affirmed, with ten dollars costs and printing disbursements.

L. Winants Winants, Plaintiff, v. Marcus L. Blanchard, Defendant. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Fish, J. ; Parker, J., not sitting.

The People of the State of New York ex rel. Reuben N. Waldorf v. The Police Commissioners of Albany. — Order affirmed, with costs.

Jacob E. Hogle, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment affirmed, with costs. Mem. by Landon, J.

Sheldon S. Baker, Appellant, v. Frank Angell, Respondent. — Judgment reversed, new trial granted, costs to abide event. Opinion by Parker J.

Benjamin Fanning, Respondent, v. John W. Vrooman and others, Appellants. — Judgment affirmed, with costs. Opinion by Parker, J.

David W. Shuler v. Margaret L. Maxwell and others. — Judgment affirmed, with costs.

Mary Smith v. Andrew Dettinger. — Judgment affirmed, with costs, on default.

Nelson H. Burhans v. William J. Turck.—Judgment affirmed, with costs, on default.

Louis O. Goetchins v. Thaddeus L. Adams. — Judgment reversed, with costs, on default.

## SECOND DEPARTMENT, DECEMBER TERM, 1887.

In the Matter of Application to Revoke Probate of Will of Hiram H. Havens. — Decree of surrogate affirmed, with costs. Opinion by Barnard, P. J.

George Bollenbocker and others, Respondents, v. John Finney and another, Appellants. — Judgment and order denying new trial affirmed, without costs, upon plaintiff deducting the return freight paid. Opinion by Pratt, J.

Lenora L. Allen, Respondent, v. Mary L. Baldwin, Appellant, impleaded, etc. — Judgment and decree affirmed, with costs to each party, out of the estate. Opinion by Barnard, P. J.

Thomas J. Clute, Respondent, v. Wm. G. McCrea, Appellant. — Order sustaining demurrer to part of defendant's answer and judgment therein reversed, with costs. Judgment upon the trial at Special Term reversed, and new trial granted, costs to abide event. Opinion by Pratt, J.

Maggie Cullen, Appellant, v. The Metropolitan Life Insurance Company, Respondent. — Order dismissing complaint reversed, with costs, and judgment for plaintiff given on verdict. Opinion by Barnard, P. J.

The Merchants'-National Bank of Poughkeepsie, Respondent, v. Edward B. Parker and others, Appellants.—Judgment reversed, and new trial granted, with costs to abide event. Opinion by Pratt, J. ; Barnard, P. J., not sitting.

Marie Obery and another, Respondents,v. Andrew Miller, Appellant.— Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Alexander M. Silver, Respondent, v. James

Connolly, Appellant.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

George W. Carr, Appellant, v. George Ilch, Respondent. — Judgment of County Court reversed and that of Justice affirmed, with costs. Opinion by Dykman, J.

Catharine E. Raybold v. George W. Carr.—Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Samuel B. Rogers, Respondent, v. The Village of Peekskill, Appellant.— Judgment and order denying new trial, and order granting allowance reversed, and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Lucy M. Terrel, Respondent, v. Nancy M. Wheeler, Respondent, Impleaded, etc.— Order denying leave to amend answer affirmed, with ten dollars costs and disbursements. Opinion by Barnard, P. J.

Henry E. Bowns, Appellant, v. Moses May, Respondent. — Order dismissing complaint and judgment thereon affirmed, with costs. Opinion by Dykman, J.

Louise Weber, Administratrix, etc., v. Anton Schwartz.—Order affirmed, with costs and disbursements. Opinion by Dykman. J.

Robert McCormick, Appellant, v. Rendal Stivers. Respondent. — Order opening default affirmed, with costs. Opinion by Pratt, J.

Henry C. Brown, Appellant, v. German American Insurance Company, Respondent. — Motion denied, with ten dollars costs. Opinion by Barnard, P. J.